429 A.2d 767

Zenstein et ux., Appellants, v. Allen et ux.

 Argued June 11, 1980. Robert A. Newman, for appellants; John J. Hart, for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.